IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SANDRA KELLY, Individually and<br>as Next Friend of R.K., a Minor, and<br>DANIEL KELLY,<br><br>    Plaintiffs,<br><br>v.<br><br>WINNSBORO INDEPENDENT<br>SCHOOL DISTRICT and BOARD<br>OF TRUSTEES OF THE WINNSBORO<br>INDEPENDENT SCHOOL DISTRICT,<br>DUNCAN McADOO, BRANDON GREEN,<br>STACY "CHIP" BROWN,<br>JAY MURDOCK, KRISTIE AMASON,<br>BILLY SAUCIER, and BRIAN BUSBY,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CA NO. 4:24-CV-00649-ALM |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME  NOW COME Defendants Winnsboro Independent School District ("WISD" or "the District"), Board of Trustees of the Winnsboro Independent School District ("BOT" or "the Board"), Duncan McAdoo ("McAdoo"), Brandon Green ("Green"), Stacy "Chip" Brown ("Brown"), Jay Murdock ("Murdock"), Kristie Amason ("Amason"), Billy Saucier ("Saucier"), and Brian Busby ("Busby") (WISD, BOT, McAdoo, Green, Brown, Murdock, Amason, Saucier, and Busby referred to hereinafter collectively as "Defendants"), and file their Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint [Dkt. #1]. In support, Defendants would show the Court as follows:

**I.**

Plaintiffs have effected service of process upon some, but not all, of the Defendants. The earliest date that a pleading in response to Plaintiffs' Complaint must be filed by a Defendant is August 26, 2024. Defendants need additional time to review Plaintiffs' Complaint and formulate their response.

**II.**

Defendants seek an extension of time until *September 9, 2024*, for all Defendants (whether they have yet been served or not) to file responsive pleadings to Plaintiffs' Complaint. This request is not made for the purposes of delay, but so that justice might be done.

**III.**

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel Jeff Embry was contacted about this request for an extension of time for Defendants to respond to Plaintiffs' Complaint, and he stated that Plaintiffs are not opposed to the relief requested by Defendants, provided all Defendants agreed to appear or otherwise respond without the the need for any further service of process. Defendants have agreed to that stipulation.

> */s/ Stephen D. Henninger*
> **STEPHEN D. HENNINGER**

WHEREFORE, PREMISES CONSIDERED, Defendants request that the Court extend the deadline for all Defendants to respond to Plaintiffs' Complaint to September 9, 2024; Defendants further pray for all other relief, both general or special, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

*/s/ Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN**
A Professional Corporation
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231

*/s/ John C. Hardy*
**JOHN C. HARDY**
State Bar No. 08992500
john@hardylaw.com
**RANDALL J. COOK**
State Bar No. 04744660
randy@hardylaw.com
**JOHN M. HARDY**
State Bar No. 24059897
jmh@hardylaw.com

Of:

Hardy Cook & Hardy, P.C.
2080 Three Lakes Parkway
Tyler, Texas 75703
(903) 561-8400
(903) 561-8228 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

                                                  */s/ Stephen D. Henninger*
                                                  **STEPHEN D. HENNINGER**